# EXHIBIT D

CASE JACKET

User:Taylor Giannasi

# Docket Number: MID L 001022 - 22

Back

Create Summary Report

**Case Caption:** Nelson Est Of Sarahsue Vs American Inter Industrie

**Court:** Civil Part
**Venue:** Middlesex
**Case Initiation Date:** 02/28/2022
**Case Type:** Asbestos
**Case Status:** Active
**Jury Demand:** 6 Jurors
**Case Track:** 4
**Judge:** Ana C Viscomi
**Team:** 5
**# of Discovery Days:** 431
**Age of Case:** 4 YR 06 MO 05 DY
**Consolidated Case:** N
**Original Discovery End Date:** 06/03/2023
**Current Discovery End Date:** 05/15/2023
**# of DED Extensions:** 1
**Original Arbitration Date:**
**Current Arbitration Date:**
**# of Arb Adjournments:** 0
**Original Trial Date:**
**Current Trial Date:**
**# of Trial Date Adjournments:** 0
**Disposition Date:**
**Case Disposition:** Open
**Statewide Lien:**

**Plaintiffs (1)** | Defendants (12) | Case Proceedings (5) | ACMS Documents (35) | Fees (35)

Ahsue Nelson Estate Of Sar AKA (Party No. 1)

Case Actions

| Filed Date | Filings | Docket Text | Transaction ID | Entry Date |
|---|---|---|---|---|
| 02/28/2022 | | Complaint with Jury Demand for MID-L-001022-22 submitted by WEINSTEIN, MARK S, WEITZ & LUXENBERG PC on behalf of SARAHSUE NELSON against AMERICAN INTERNATIONAL, BARRETTS MINERALS, INC., BRENNTAG NORTH AMERICA,, BRENNTAG SPECIALTIES, INC.,, PFIZER, INC. ET AL. | LCV2022833569 | 02/28/2022 |
| 03/10/2022 | | Answer W/CrossClaim W/Jury Demand submitted by BITETTO, JOHN, A of MCGIVNEY, KLUGER, CLARK & INTOCCIA, P.C. on behalf of WHITTAKER, CLARK &DANIELS,INC. against SARAHSUE NELSON, BARRETTS MINERALS, INC., AMERICAN INTERNATIONAL, SPECIALTY MINERALS, INC., PFIZER, INC. ET AL. | LCV2022999167 | 03/10/2022 |
| 03/11/2022 | | Answer W/Jury Demand submitted by LA SALA, JOSEPH, P of MCELROY DEUTSCH MULVANEY & CARPENTER LLP on behalf of SPECIALTY MINERALS, INC. against SARAHSUE NELSON | LCV20221014249 | 03/11/2022 |
| 03/21/2022 | | Answer W/Jury Demand submitted by LA SALA, JOSEPH, P of MCELROY DEUTSCH MULVANEY & CARPENTER LLP on behalf of BARRETTS MINERALS, INC. against SARAHSUE NELSON | LCV20221173561 | 03/21/2022 |
| 04/06/2022 | | Answer W/Jury Demand submitted by LA SALA, JOSEPH, P of MCELROY DEUTSCH MULVANEY & CARPENTER LLP on behalf of PFIZER, INC. against SARAHSUE NELSON | LCV20221378741 | 04/06/2022 |
| 05/25/2022 | | SUBSTITUTE ATTORNEY submitted by VIOLA, ROY, F of GORDON REES SCULLY MANSUKHANI LLP on behalf of AMERICAN INTERNATIONAL against SARAHSUE NELSON | LCV20222018548 | 05/25/2022 |
| 05/25/2022 | | DEFICIENCY NOTICE: re: SUBSTITUTE ATTORNEY [LCV20222018548] -American International sub of atty. Answer has not been filed for this defendant in this case. howard.klein@njcourts.gov | LCV20222018767 | 05/25/2022 |
| 06/02/2022 | | Answer W/Jury Demand submitted by VIOLA, ROY, F of GORDON REES SCULLY MANSUKHANI LLP on behalf of AMERICAN INTERNATIONAL against SARAHSUE NELSON, BARRETTS MINERALS, INC., BRENNTAG NORTH AMERICA,, BRENNTAG SPECIALTIES, INC.,, PFIZER, INC. ET AL. | LCV20222097323 | 06/02/2022 |
| 06/02/2022 | | DEFICIENCY NOTICE: re: Answer w/Jury Demand [LCV20222097323] -American International. Amended standard answer with crossclaims has been filed of record for this defendant. You need to file a notice of adoption of amended standard answer. howard.klein@njcourts.gov | LCV20222097494 | 06/02/2022 |
| 06/03/2022 | | Answer W/Jury Demand submitted by VIOLA, ROY, F of GORDON REES SCULLY MANSUKHANI LLP on behalf of AMERICAN INTERNATIONAL against SARAHSUE NELSON, BARRETTS MINERALS, INC., BRENNTAG NORTH AMERICA,, BRENNTAG SPECIALTIES, INC.,, PFIZER, INC. ET AL. | LCV20222121370 | 06/03/2022 |
| 09/28/2022 | | Answer W/Jury Demand submitted by JACOBS, ALEXANDRA, S of MONTGOMERY MC CRACKEN WALKER & RHOADS on behalf of BRENNTAG SPECIALTIES, INC., against SARAHSUE NELSON | LCV20223487526 | 09/28/2022 |
| 02/14/2023 | | Case Management Order-Court Initiated - GRANTED by Judge VISCOMI, ANA, C | LCV2023549264 | 02/15/2023 |
| 03/22/2023 | | SUBSTITUTE ATTORNEY submitted by MURRAY, DANIEL, P of LANDMAN CORSI BALLAINE & FORD PC on behalf of WHITTAKER, CLARK &DANIELS,INC. against SARAHSUE NELSON | LCV20231006285 | 03/22/2023 |
| 04/28/2023 | | NOTICE OF BANKRUPTCY submitted by KOZAK, CHRISTOPHER, STEPHEN of LANDMAN CORSI BALLAINE & FORD PC on behalf of WHITTAKER, CLARK &DANIELS,INC. against SARAHSUE NELSON | LCV20231400927 | 04/28/2023 |
| 05/03/2023 | | MOTION TO FILE OR AMEND COMPLAINT submitted by BOYLE, ERIN, M of WEITZ & LUXENBERG PC on behalf of SARAHSUE NELSON against AMERICAN INTERNATIONAL, BARRETTS MINERALS, INC. | LCV20231443177 | 05/03/2023 |
| 05/03/2023 | | The motion filed on 05/03/2023 will be decided on 05/26/2023. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION TO FILE OR AMEND COMPLAINT [LCV20231443177] | LCV20231444101 | 05/03/2023 |
| 05/25/2023 | | The motion filed on 05/03/2023 was rescheduled to 06/09/2023. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION TO FILE OR AMEND COMPLAINT [LCV20231443177] | LCV20231640802 | 05/25/2023 |

| Filed Date | Filings | Docket Text | Transaction ID | Entry Date |
|---|---|---|---|---|
| 05/30/2023 | | NOTICE OF APPEARANCE (NOT THE FIRST PAPER) submitted by ENGELMAN, SHANNON, M of MCELROY DEUTSCH MULVANEY & CARPENTER LLP on behalf of BARRETTS MINERALS, INC., PFIZER, INC., SPECIALTY MINERALS, INC. against SARAHSUE NELSON | LCV20231667938 | 05/30/2023 |
| 06/09/2023 | | ORDER TO FILE OR AMEND COMPLAINT-Granted by Judge VISCOMI, ANA, C re: MOTION TO FILE OR AMEND COMPLAINT [LCV20231443177] | LCV20231786991 | 06/12/2023 |
| 06/12/2023 | | AMENDED COMPLAINT submitted by BOYLE, ERIN, M of WEITZ & LUXENBERG PC on behalf of SARAHSUE NELSON against AMERICAN INTERNATIONAL, BARRETTS MINERALS, INC. | LCV20231787581 | 06/12/2023 |
| 07/12/2023 | | MOTION TO FILE OR AMEND COMPLAINT submitted by BOYLE, ERIN, M of WEITZ & LUXENBERG PC on behalf of SARAHSUE NELSON against J&J CONSUMER INC | LCV20232059230 | 07/12/2023 |
| 07/12/2023 | | The motion filed on 07/12/2023 will be decided on 08/04/2023. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION TO FILE OR AMEND COMPLAINT [LCV20232059230] | LCV20232060070 | 07/12/2023 |
| 08/04/2023 | | ORDER TO FILE OR AMEND COMPLAINT-Granted by Judge VISCOMI, ANA, C re: MOTION TO FILE OR AMEND COMPLAINT [LCV20232059230] | LCV20232288797 | 08/08/2023 |
| 08/07/2023 | | Answer W/Jury Demand submitted by GARDE, JOHN, CHARLES of MC CARTER & ENGLISH LLP on behalf of JOHNSON & JOHNSON against SARAHSUE NELSON | LCV20232276681 | 08/07/2023 |
| 08/09/2023 | | AMENDED COMPLAINT submitted by BOYLE, ERIN, M of WEITZ & LUXENBERG PC on behalf of SARAHSUE NELSON against J&J CONSUMER INC | LCV20232295398 | 08/09/2023 |
| 10/02/2023 | | NOTICE OF BANKRUPTCY submitted by ENGELMAN, SHANNON, M of MCELROY DEUTSCH MULVANEY & CARPENTER LLP on behalf of BARRETTS MINERALS, INC. against SARAHSUE NELSON | LCV20233005624 | 10/02/2023 |
| 10/24/2023 | | NOTICE OF BANKRUPTCY submitted by ENGELMAN, SHANNON, M of MCELROY DEUTSCH MULVANEY & CARPENTER LLP on behalf of BARRETTS MINERALS, INC., SPECIALTY MINERALS, INC. against SARAHSUE NELSON | LCV20233198529 | 10/24/2023 |
| 10/31/2023 | | Answer W/Jury Demand submitted by GARDE, JOHN, CHARLES of MC CARTER & ENGLISH LLP on behalf of JANSSEN PHARMACEUTICALS INC against SARAHSUE NELSON | LCV20233256271 | 10/31/2023 |
| 11/14/2023 | | Answer W/Jury Demand submitted by GARDE, JOHN, CHARLES of MC CARTER & ENGLISH LLP on behalf of J&J HOLDCO NA INC against SARAHSUE NELSON | LCV20233361093 | 11/14/2023 |
| 02/09/2024 | | NOTICE OF BANKRUPTCY submitted by ENGELMAN, SHANNON, M of MCELROY DEUTSCH MULVANEY & CARPENTER LLP on behalf of SPECIALTY MINERALS, INC. against SARAHSUE NELSON | LCV2024369874 | 02/09/2024 |
| 02/14/2024 | | MOTION TO FILE OR AMEND COMPLAINT submitted by BOYLE, ERIN, M of WEITZ & LUXENBERG PC on behalf of SARAHSUE NELSON against J&J CONSUMER INC | LCV2024396151 | 02/14/2024 |
| 02/15/2024 | | The motion filed on 02/14/2024 will be decided on 03/01/2024. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION TO FILE OR AMEND COMPLAINT [LCV2024396151] | LCV2024414998 | 02/15/2024 |
| 03/01/2024 | | ORDER TO FILE OR AMEND COMPLAINT-Granted by Judge VISCOMI, ANA, C re: MOTION TO FILE OR AMEND COMPLAINT [LCV2024396151] | LCV2024566691 | 03/04/2024 |
| 04/17/2024 | | NOTICE OF BANKRUPTCY submitted by ENGELMAN, SHANNON, M of MCELROY DEUTSCH MULVANEY & CARPENTER LLP on behalf of BARRETTS MINERALS, INC., SPECIALTY MINERALS, INC. against SARAHSUE NELSON | LCV2024987243 | 04/17/2024 |
| 05/21/2024 | | NOTICE OF BANKRUPTCY submitted by ENGELMAN, SHANNON, M of MCELROY DEUTSCH MULVANEY & CARPENTER LLP on behalf of BARRETTS MINERALS, INC., SPECIALTY MINERALS, INC. against SARAHSUE NELSON | LCV20241283773 | 05/21/2024 |
| 06/27/2024 | | NOTICE OF BANKRUPTCY submitted by ENGELMAN, SHANNON, M of MCELROY DEUTSCH MULVANEY & CARPENTER LLP on behalf of BARRETTS MINERALS, INC., SPECIALTY MINERALS, INC. against SARAHSUE NELSON | LCV20241615213 | 06/27/2024 |
| 07/18/2024 | | NOTICE OF BANKRUPTCY submitted by ENGELMAN, SHANNON, M of MCELROY DEUTSCH MULVANEY & CARPENTER LLP on behalf of BARRETTS MINERALS, INC., SPECIALTY MINERALS, INC. against SARAHSUE NELSON | LCV20241791521 | 07/18/2024 |
| 08/23/2024 | | NOTICE OF BANKRUPTCY submitted by ENGELMAN, SHANNON, M of MCELROY DEUTSCH MULVANEY & CARPENTER LLP on behalf of BARRETTS MINERALS, INC., SPECIALTY MINERALS, INC. against SARAHSUE NELSON | LCV20242074924 | 08/23/2024 |
| 08/29/2024 | | GENERAL CORRESPONDENCE submitted by JACOBS, ALEXANDRA, S of MONTGOMERY MC CRACKEN WALKER & RHOADS on behalf of BRENNTAG SPECIALTIES, INC., against SARAHSUE NELSON | LCV20242122212 | 08/29/2024 |
| 10/21/2024 | | NOTICE OF BANKRUPTCY submitted by ENGELMAN, SHANNON, M of MCELROY DEUTSCH MULVANEY & CARPENTER LLP on behalf of BARRETTS MINERALS, INC., SPECIALTY MINERALS, INC. against SARAHSUE NELSON, J&J CONSUMER INC, J&J HOLDCO NA INC, KENVUE INC, AMERICAN INTERNATIONAL ET AL. | LCV20242729672 | 10/21/2024 |
| 12/20/2024 | | GENERAL CORRESPONDENCE submitted by JACOBS, ALEXANDRA, S of MONTGOMERY MC CRACKEN WALKER & RHOADS on behalf of BRENNTAG NORTH AMERICA,, BRENNTAG SPECIALTIES, INC., against SARAHSUE NELSON | LCV20243260447 | 12/20/2024 |
| 01/02/2025 | | NOTICE OF BANKRUPTCY submitted by ENGELMAN, SHANNON, M of MCELROY DEUTSCH MULVANEY & CARPENTER LLP on behalf of BARRETTS MINERALS, INC., SPECIALTY MINERALS, INC. against SARAHSUE NELSON | LCV20254473 | 01/02/2025 |
| 03/27/2025 | | NOTICE OF BANKRUPTCY submitted by ENGELMAN, SHANNON, M of MCELROY DEUTSCH MULVANEY & CARPENTER LLP on behalf of BARRETTS MINERALS, INC., SPECIALTY MINERALS, INC. against SARAHSUE NELSON | LCV2025937892 | 03/27/2025 |
| 05/15/2025 | | STIPULATION OF DISMISSAL submitted by ENGELMAN, SHANNON, M of MCELROY DEUTSCH MULVANEY & CARPENTER LLP on behalf of PFIZER, INC. against SARAHSUE NELSON | LCV20251406555 | 05/15/2025 |
| 07/01/2025 | | MOTION EXTENDING TIME FOR FILING OF DOCUMENT submitted by BOYLE, ERIN, M of WEITZ & LUXENBERG PC on behalf of SARAHSUE NELSON against AMERICAN INTERNATIONAL | LCV20251911918 | 07/02/2025 |

| Filed Date | Filings | Docket Text | Transaction ID | Entry Date |
|---|---|---|---|---|
| 07/02/2025 | | The motion filed on 07/01/2025 will be decided on 07/18/2025. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION EXTENDING TIME FOR FILING OF DOCUMENT [LCV20251911918] | LCV20251913885 | 07/02/2025 |
| 07/16/2025 | | NOTICE OF BANKRUPTCY submitted by ENGELMAN, SHANNON, M of MCELROY DEUTSCH MULVANEY & CARPENTER LLP on behalf of BARRETTS MINERALS, INC., SPECIALTY MINERALS, INC. against SARAHSUE NELSON, J&J CONSUMER INC, J&J HOLDCO NA INC, KENVUE INC, AMERICAN INTERNATIONAL ET AL. | LCV20252022865 | 07/16/2025 |
| 07/23/2025 | | ORDER EXTENDING TIME FOR FILING OF DOCUMENT-Granted by Judge VISCOMI, ANA, C re: MOTION EXTENDING TIME FOR FILING OF DOCUMENT [LCV20251911918] | LCV20252081364 | 07/23/2025 |
| 07/23/2025 | | AMENDED COMPLAINT submitted by BOYLE, ERIN, M of WEITZ & LUXENBERG PC on behalf of SARAHSUE NELSON against AMERICAN INTERNATIONAL, PFIZER, INC., SPECIALTY MINERALS, INC. | LCV20252084743 | 07/23/2025 |
| 07/02/2026 | | SUBSTITUTE ATTORNEY submitted by JACOBS, ALEXANDRA, S of MONTGOMERY MC CRACKEN WALKER & RHOADS on behalf of BRENNTAG SPECIALTIES, INC., against AHSUE NELSON ESTATE OF SAR | LCV20261761519 | 07/02/2026 |

Showing 1 to 50 of 50 entries

 © Copyright NJ Judiciary 2016