**LIST OF ALL PARTIES AND THEIR COUNSEL**

1. Weitz & Luxenberg Attorneys for Plaintiff
   Mark Weinstein: MWEINSTEIN@WEITZLUX.COM;
   NJTALCTEAMSTAFF@WEITZLUX.COM
   Erin Boyle: EBOYLE@WEITZLUX.COM;
   Joseph Mandia: JMANDIA@WEITZLUX.COM

2. J&J Consumer Inc.

3. Kenvue Inc.

4. Gordon Rees Scully Mansukhani, LLP, Attorney for American International Industries
   Roy Viola: RVIOLA@GRSM.COM

5. McElroy, Deutsch, Mulvaney & Carpenter, LLP, Attorneys for Barretts Minerals; Pfizer Inc.; Specialty Minerals, Inc.
   Joseph LaSala: JLASALA@MDMC-LAW.COM; ECANNING@MDMC-LAW.COM
   Shannon Engelman: SENGELMAN@MDMC-LAW.COM; OALFANO@MDMC-LAW.COM; NMAYER@MDMC-LAW.COM

6. Montgomery McCracken Attorneys at Law, Attorney for Brenntag Specialties, Inc.
   Lathrop Nelson: LNELSON@MMWR.COM; SBURKE@MMWR.COM

7. Whittaker, Clark &Daniels, Inc.
   Daniel Murray

8. McCarter & English, LLP, Attorney for J&J Holdco Na Inc.; Janssen Pharmaceuticals Inc.; Johnson & Johnson
   John Garde: JGARDE@MCCARTER.COM; BSHERMAN@MCCARTER.COM;
   BMURCH@MCCARTER.COM