**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**Trenton Division**

**RHONDA RAY SCHAEFER and DAWN MARI KING as Co-Executors of the Estate of SARAHSUE NELSON, deceased**

**Plaintiffs,**

**vs.**

**AMERICAN INTERNATIONAL INDUSTRIES,** individually and as successor to Pinaud, Inc., Barbara Alice, Inc., Ed Pinaud, Inc. d/b/a Ed Pinaud, The Nestle-Le Mur Company, The Neslemur Company, The Neslemur-Company, for the Clubman line of products;

**BARRETTS MINERALS, INC.;**

**BRENNTAG NORTH AMERICA,** as a successor-in-interest to Mineral Pigment Solutions, Inc., as a successor-in interest to Whittaker, Clark & Daniels, Inc.;

**BRENNTAG SPECIALTIES, INC.,** f/k/a Mineral Pigment Solutions, Inc., as a successor-in-interest to Whittaker, Clark & Daniels, Inc.;

**PFIZER, INC.;**

**SPECIALTY MINERALS, INC.;**

**WHITTAKER CLARK & DANIELS, INC.;**

**Civil Action No. ____________**

**STATEMENT OF NON-CONSENT TO ENTRY OF FINAL ORDERS OR JUDGMENT**

[Originally filed in the Superior Court of New Jersey Law Division Middlesex County
Docket No. MID-L-001022-22 AS]

Related Cases:
Chapter 11
In re BMI Oldco, Inc., et al.
Bankruptcy Case No. 23-90794 (MI)

Civil Action No. 4:25-cv-02193 (CGH)
USDC-Southern District of Texas

Pending Motion:
Motion to Transfer and Fix Venue in the USDC-Southern District of Texas

**JANSSEN PHARMACEUTICALS, INC.,** individually and as successor in interest to Johnson & Johnson Consumer, Inc.;

**JOHNSON & JOHNSON;**

**JOHNSON & JOHNSON CONSUMER, INC.;**

**JOHNSON & JOHNSON HOLDCO (NA) INC.;**

**KENVUE INC.,** individually and as successor in interest to Johnson & Johnson Consumer, Inc.;

and **JOHN DOE CORPORATIONS, 1-50**

Defendants.

Pursuant to Federal Rule of Bankruptcy Procedure 9027(a)(1), American International Industries ("A-I-I") does not consent to the entry of final orders or judgment by the Bankruptcy Court with respect to any claim or cause of action removed herein. This statement is made in the event any removed claim or cause of action is referred to the Bankruptcy Court pursuant to 28 U.S.C. § 157(a). A-I-I further reserves all rights with respect to venue, transfer, withdrawal of the reference, adjudication by an Article III court, and any other jurisdictional, statutory,

constitutional, or procedural issues that may arise in connection with this proceeding or the underlying bankruptcy case.

Dated: September 3, 2026

Respectfully submitted,

By: */s/ Roy F. Viola, Jr.* ___________
ROY F. VIOLA, JR.

**GORDON REES SCULLY MANSUKHANI**
Attorneys for Defendant
American International Industries
290 West Mount Pleasant Avenue, Suite 3310
Livingston, NJ 07039
Telephone: (973) 549-2500
Facsimile: (973) 377-1911
Email: rviola@grsm.com

**CERTIFICATE OF SERVICE**

On this 3rd day of September 2026, the undersigned counsel for Defendants hereby certifies that a true and correct copy of the foregoing document was filed with the Court and served electronically through the CM-ECF (Electronic Case Filing) system to all counsel of record registered to receive a Notice of Electronic Filing.

*/s/ Roy Viola, Jr.* ___________
Roy Viola, Jr.